**Abatement Order filed November 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00600-CV
_____

## IN RE LARRY TAYLOR, IN HIS OFFICIAL CAPACITY AS STATE SENATOR FOR DISTRICT 11, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14CV0395**

## ABATEMENT ORDER

On July 24, 2014, relator Larry Taylor, in his official capacity as State Senator for District 11, filed a petition for writ of mandamus, asking this court to compel the Honorable Bret Griffin, presiding judge of the 212th District Court of Galveston County, to vacate an order that denied relator's motion to quash a

deposition subpoena and subpoena duces tecum or for a protective order, and that granted a motion to compel the deposition of relator.

On October 29, 2014, relator filed a letter informing this court that the parties in the underlying litigation have reached a settlement agreement in principle, but that the settlement has not yet been finalized. Relator further writes that the real party in interest has represented that in the event settlement of the underlying litigation is finalized, the real party in interest no longer will pursue the challenged discovery.

Based on the foregoing representations, we order this original proceeding abated pending the outcome of the efforts by the parties to the underlying litigation to finalize the settlement. Therefore, without expressing any opinion on the merits of relator's petition, we abate this original proceeding, treat it as a closed case, and remove it from the court's active docket. This court will consider an appropriate motion filed by either party to dismiss or reinstate this original proceeding, including a motion for temporary relief, as appropriate.

We further direct relator to advise this court of the status of the settlement discussions in the underlying litigation every thirty (30) days from the date of this order until this original proceeding is reinstated or dismissed.

It is so **ORDERED**.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.

2